# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **HARPETH RIVER WATERSHED ASSOCIATION,**<br>**Plaintiff,**<br><br>v.<br><br>**THE CITY OF FRANKLIN, TENNESSEE,**<br>**Defendant.** | **Case No. 3:14-1743**<br><br>Judge Kevin Sharp<br><br>Magistrate Judge John Bryant |

## """"""""ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE, RETAINING JURISDICTION TO ENFORCE THE AGREEMENT UPON CONCLUSION OF 45-DAY REVIEW PERIOD BY UNITED STATES

Having observed an appropriate review period, having reviewed the Settlement Agreement, and upon consideration and for good cause shown, the Court GRANTS Plaintiff Harpeth River Watershed Association and Defendant City of Franklin (the "Parties") joint motion to approve their Settlement Agreement and dismiss the case with prejudice with the Court retaining jurisdiction as follows:

The Court finds that that this Agreement has been negotiated by the Parties in good faith and will avoid litigation between the Parties;

The Court further finds that this Agreement is an adequate and equitable resolution of the claims in Plaintiff's Complaint; and

The Court hereby dismisses the case with prejudice, but retains jurisdiction to enforce the Agreement.

It is so ORDERED.

_____
KEVIN H. SHARP
United States District Judge